[No. 9394–4–II. Division Three. June 16, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
ALTON R. HATTEN, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 85–1–00077–8, David R. Draper, J., entered December 10, 1985. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[No. 9311–1–II. Division Two. June 16, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
STEVEN SCOTT BARRON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84–1–01930–3, William L. Brown, Jr., J., entered October 14, 1985. *Affirmed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Thompson, J.

[No. 9712–5–II. Division Three. June 16, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
JAMES F. KHOSHNEVIS, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. 86–1–00009–7, Robert J. Doran, J., entered March 27, 1986. *Affirmed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Munson, J.